IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH ROGERS,  
    Plaintiff,  
  v.  
GARY SWARTHOUT,  
    Defendant.  
_____/

No. C 13-4049 NC (PR)

**ORDER OF TRANSFER**

Plaintiff Kenneth Rogers, a state prisoner currently incarcerated at California State Prison – Solano ("CSP-Solano), has filed a civil rights action under 42 U.S.C. § 1983 seeking to enjoin his transfer to Pleasant Valley State Prison ("PVSP").

The acts complained of in this complaint occurred at CSP-Solano, which is located in Solano County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: September 4, 2013

_____  
NATHANAEL M. COUSINS  
United States Magistrate Judge